# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPSTREM, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>BHFO, INC., an Iowa corporation<br><br>Defendant. | Case No.: 20-cv-2160 JLS (DEB)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON EX PARTE APPLICATION**<br><br>(ECF No. 29) |

Presently before the Court is Plaintiff Upstrem, Inc's *Ex Parte* Application for an Order Expediting Hearing & Shortening Briefing Schedule for Defendant BHFO, Inc's Objection to the Court's Discovery Order. (ECF No. 29.) Plaintiff requests the Court set an expedited hearing on the Objection Motion (ECF No. 23). The Objection Motion is presently scheduled for a hearing on March 11, 2021. The Court sets the following briefing schedule for Plaintiff's Ex Parte Application: Defendant **MAY FILE** an opposition to the application on or before February 12, 2021. After briefing closes, the Court takes the

///

///

///

///

1

1 | matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

2 | **IT IS SO ORDERED.**

3 | Dated:  February 10, 2021

Hon. Janis L. Sammartino
United States District Judge