UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPSTREM, INC., a California corporation | Case No.:  20-cv-2160 JLS (DEB) |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LIMITATION** |
| v. | |
| BHFO, INC., an Iowa corporation | (ECF No. 32) |
| Defendant. | |

Presently before the Court is Defendant BHFO, Inc.'s *Ex Parte* Application for Leave to File Memoranda in Excess of the Local Rule 7.1(h) Page Limitation (ECF No. 32).  Good cause appearing, the Court **GRANTS** the *ex parte* Application.  Defendant's two motions (ECF Nos. 23, 26) may exceed the 25-page limitation by 7 pages for a total of 32 pages.

**IT IS SO ORDERED.**

Dated:  February 25, 2021

Hon. Janis L. Sammartino
United States District Judge

1