UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPSTREM, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>BHFO, INC., an Iowa corporation<br><br>Defendant. | Case No.: 20-cv-2160 JLS (DEB)<br><br>**ORDER (1) VACATING HEARING AND (2) DENYING *EX PARTE* APPLICATION TO EXPEDITE HEARING AS MOOT**<br><br>(ECF Nos. 23, 26, 29) |

Presently before the Court is Defendant BHFO, Inc.'s Objections to the Magistrate Judge's Discovery Order and Motion for Protective Order. (ECF Nos. 23, 26.) On its own motion, the Court **VACATES** the hearing on these Motions scheduled for March 11, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, Plaintiff Upstrem, Inc.'s *Ex Parte* Application for an Order Expediting Hearing & Shortening Briefing Schedule for Defendant's Objections (ECF No. 29) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge