UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPSTREM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BHFO, INC., an Iowa corporation,<br><br>Defendant. | Case No.: 20-CV-2160 JLS (DEB)<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>(ECF No. 49) |

Presently before the Court is Plaintiff Upstrem, Inc.'s Motion to Dismiss Without Prejudice (ECF No. 49). On its own motion, the Court **VACATES** the hearing on this Motion scheduled for January 13, 2022 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge