UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPSTREM, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>BHFO, INC., an Iowa corporation<br><br>Defendant. | Case No.:  20-CV-2160 JLS (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS UNTIL COURT RULES ON PLAINTIFF'S MOTION TO DISMISS**<br><br>(ECF No. 62) |

Presently before the Court is the Parties' Joint Motion to Stay Proceedings Until Court Rules on Plaintiff's Motion to Dismiss (ECF No. 62).  Good cause appearing, the Court **GRANTS** the Joint Motion.  The Court **STAYS** this matter until the Court rules on Plaintiff's pending Motion to Dismiss (ECF No. 49).

**IT IS SO ORDERED.**

Dated:  February 8, 2022

Hon. Janis L. Sammartino
United States District Judge